# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 20, 2026

Lyle W. Cayce
Clerk

————————

No. 25-50518

————————

JULIO DEL RIO, *individually and on behalf of all others similarly situated*; JACK MURPHY, *Individually and on behalf of all others similarly situated*; STEVEN BIXBY, *individually and on behalf of all others similarly situated*; CHRISTOPHER HARLAN; SARA HARLAN; PHILIP KIRBY; JENNIE AGUAYO; ALICIA KIRBY,

                                                    *Plaintiffs—Appellants*,

*versus*

CROWDSTRIKE, INCORPORATED; CROWDSTRIKE HOLDINGS, INCORPORATED,

                                                    *Defendants—Appellees*.

————————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC Nos. 1:24-CV-881, 1:24-CV-954

————————————————————————

Before RICHMAN, DUNCAN, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

————————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.